979 A.2d 846

PENN FLORIDA REALTY, L.P., Petitioner

v.

LOWER GWYNEDD TOWNSHIP BOARD OF SUPERVISORS, Respondent.

Supreme Court of Pennsylvania.

Aug. 26, 2009.

## *ORDER*

PER CURIAM.

AND NOW, this 26th day of August, 2009, the Joint Application for Lifting of Stay and Remanding Appellate Proceedings is GRANTED. The stay issued by this Court is LIFT-

ED, and the matter is REMANDED to the Court of Common Pleas of Montgomery County for consideration of the parties' Joint Motion for Entry of Agreed Order. The Petition for Allowance of Appeal is DISMISSED.